Writ denied. Petitioner pleaded guilty in 1968, represented by *Retained* counsel, prior to Boykin v. Alabama, 395 U.S. 238, 89 S. Ct. 1709, 23 L.Ed.2d 274 (1969). *Boykin* is not retroactive. His other allegations are without merit.

253 So.2d 381

### STATE of Louisiana ex rel. William A. DOYLE

#### v.

### C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

#### No. 51830.

#### Oct. 28, 1971.

In re: William A. Doyle applying for writ of habeas corpus.

Writ denied: Writ denied for reasons stated by trial court's judgment denying post-conviction relief. Insofar as further allegations may have been made which had not previously been urged in the trial court, they are not considered.